

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rahima Nasery, SSN: XXX-XX-9453 | Civil Action No. 16-cv-1534-CAB-KSC |
| Plaintiff, | |
| V. | |
| Carolyn Colvin, Acting Commissioner, Social Security | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Here, neither party has timely filed objections to Magistrate Judge Crawford's R&R. Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) ADOPTS Magistrate Judge Crawford's report and recommendation; (2) GRANTS Plaintiff's motion for summary judgment; (3) DENIES Defendant's cross-motion for summary judgment; and (4) REMANDS the matter to the Commissioner for further consideration, investigation, and development of the record consistent with the R&R. This Order concludes the litigation in this matter. The Clerk shall CLOSE the file. IT IS SO ORDERED.

Date: 8/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy